# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 23−10394−smr
Chapter No.: 7
Judge: Shad Robinson

IN RE: **Ricky McMinn**, Debtor(s)

## ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIM, COMBINED WITH NOTICE THEREOF

Notice having been previously given that creditors of the above−named debtors were not required to file proofs of claim, and it now appearing that a possible dividend may be declared for creditors at a later date, it is ORDERED, AND NOTICE HEREBY GIVEN THAT

**12/12/24** is hereby fixed as the last date for filing of proofs of claim by any creditor of the above−named debtors who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. A proof of claim filed by a governmental unit is timely filed if it is filed not later than 180 days after the date of the order for relief. Creditors and governmental units must file a claim, whether or not they are included in the list of creditors filed by the debtors, no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed using the court's Online Claim Filing System without having to complete a paper proof claim form. This is located on the Bankruptcy Court's Website: http://www.txwb.uscourts.gov.

*Those filers who do not have access to the internet may obtain an official B410 Proof of Claim form at any bankruptcy clerk's office and submit it to the following:*

MAIL ORIGINAL PROOF OF CLAIM TO:    MAIL COPY OF PROOF OF CLAIM TO:

U. S. BANKRUPTCY COURT                John Patrick Lowe
903 SAN JACINTO, SUITE 322            2402 East Main Street
AUSTIN, TX 78701                      Uvalde, TX 78801

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of, and an opportunity to object to, the trustee's final report and accounting.

**** ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE−FILE SAME AND MAY DISREGARD THIS NOTICE.

Dated: 9/13/24

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Set Bar Date Notice/Order] [Ntcosbrdtapac]

United States Bankruptcy Court

Western District of Texas

In re:                  Case No. 23-10394-smr

Ricky McMinn          Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-1        User: admin        Page 1 of 3

Date Rcvd: Sep 13, 2024        Form ID: 148        Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Ricky McMinn, Jr, 1139 Stephanie Lee Lane, Austin, TX 78753-3361 |
| aty | + | Robert DeMarco, 12770 Coit Road, Suite 850, Dallas, TX 75251, UNITED STATES 75251-1364 |
| 18479794 | | BB&T, P.O. Box 580048, Gloucester, NC 28528 |
| 18479795 | + | BSI Financial Svcs/Park Place Finance, 314 S Franklin St 2nd FL, PO Box 517, Titusville PA 16354-0517 |
| 18481196 | + | EF Mortgage LLC by Servis One Inc, dba BSI Finance, 314 S Franklin St, PO Box 517, Titusville PA 16354-0517 |
| 18479796 | + | Entra Default Solutions, LLC, 1355 Willow WAy, Suite 115, Concord, CA 94520-5727 |
| 18479797 | + | Ferguson Enterprises, 2683 W Euless, Euless TX 76040-6613 |
| 18479798 | + | Holliday Inn Vacation Club, 8505 W Irlo Bronson Memo, Kissimmee, FL 34747-8217 |
| 18483219 | + | Internal Revenue Service, 12309 N Mopac MS 5005 AUS, Austin TX 78758-2577 |
| 18514012 | + | Lawrence Loreto Drozd, 2703 Smith Avenue, Taylor, TX 76574-5009 |
| 18479800 | + | Overhead Door Company of Austin, c/o JB Vogel, 1601 Elm St #4600, Dallas TX 75201-7212 |
| 18479801 | + | Patrick Quinn, P.O. 1228, Taylor, TX 76574-6228 |
| 18479802 | + | Silverleaf, 8505 W Irlo Bronson Memo, Kissimmee FL 34747-8217 |
| 18479803 | + | Sunstate Rental Equipment, PO Box 208439, Dallas TX 75320-8439 |
| 18479804 | + | Texas Air Systems, 1340 Airport Commerce Dr, Austin TX 78741-6831 |
| 18531111 | + | The Kapiolas Law Firm, PLLC, 2150 S Central Expy Ste 200, McKinney, TX 75070-4000 |
| 18479805 | | Travis County, PO Box 1478, Austin TX 78767 |
| 18479806 | + | United Rentals, PO Box 840514, Dallas TX 75284-0514 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QJPLOWE.COM | Sep 14 2024 01:55:00 | John Patrick Lowe, 2402 East Main Street, Uvalde, TX 78801-4943 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Sep 13 2024 22:00:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| 18763596 | ^ | MEBN | Sep 13 2024 21:57:18 | Acima Leasing, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 18479799 | | EDI: IRS.COM | Sep 14 2024 01:55:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 18489076 | + | Email/Text: stratos.apostolou@oag.texas.gov | Sep 13 2024 22:00:00 | Office of the Atty General of Texas, Child Support Division, c/o Stratos L Apostolou, PO Box 18418, Austin TX 78760-8418 |
| 18482443 | + | Email/Text: BKECF@traviscountytx.gov | Sep 13 2024 22:00:00 | Travis County c/o Jason A. Starks, P.O. Box 1748, Austin, Texas 78767-1748 |
| 18509757 | + | Email/Text: bankruptcy@bbandt.com | Sep 13 2024 22:00:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 18479807 | | Email/Text: CorporateCollections@unitedsiteservices.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 13 2024 21:59:00 | United Site Services, PO BOX 660475,, Dallas TX 75266-0475 |
| 18479808 | + | EDI: WFFC | Sep 14 2024 01:55:00 | Wells Fargo, P.O. Box 105743, Atlanta, GA 30348-5743 |
| 18487276 | + | EDI: WFFC2 | Sep 14 2024 01:55:00 | Wells Fargo Bank NA, Default Document Processing, MAC# N9286-01Y, PO Box 1629, Minneapolis MN 55440-1629 |
| 18482718 | + | Email/Text: mhtbkanhsselffilings@mccarthyholthus.com | Sep 13 2024 22:00:00 | Wells Fargo Bank NA, c/o McCarthy Holthus LLP, 1255 W 15th St #1060, Plano TX 75075-4220 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 15, 2024           Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Herbert C Shelton, II | on behalf of Creditor Lawrence Loreto Drozd cshelton@haywardfirm.com  SVillarreal@haywardfirm.com |
| Jack O'Boyle | on behalf of Creditor EF MORTGAGE LLC BY SERVIS ONE  INC. DBA BSI FINANCIAL SERVICES, LLC AS ATTORNEY IN FACT ecf@jackoboyle.com, jack@jackoboyle.com |
| Jason A. Starks | on behalf of Creditor Travis County bkecf@traviscountytx.gov |
| John Patrick Lowe | pat.lowe.law@gmail.com  plowe@ecf.axosfs.com |
| Peter B Dickens | on behalf of Creditor Truist Bank usb@LBandD.com |
| Shane P. Tobin | on behalf of U.S. Trustee United States Trustee - AU12 shane.p.tobin@usdoj.gov Carolyn.Feinstein@usdoj.gov;gary.wright3@usdoj.gov;Tisha.Savannah@usdoj.gov |
| Stratos L. Apostolou | on behalf of Creditor Attorney General of Texas-Child Support Division Stratos.Apostolou@texasattorneygeneral.gov sarah.calvin@oag.texas.gov;sarah.longhofer@oag.texas.gov |
| Travis Hegar Gray | on behalf of Creditor EF MORTGAGE LLC BY SERVIS ONE  INC. DBA BSI FINANCIAL SERVICES, LLC AS ATTORNEY IN FACT ecf@jackoboyle.com |
| United States Trustee - AU12 | |

ustpregion07.au.ecf@usdoj.gov

Yoshie Valadez

on behalf of Creditor Wells Fargo Bank N.A. mhtbkanhsselffilings@mccarthyholthus.com, yvaladez@mccarthyholthus.com

TOTAL: 10