UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Ricky McMinn Jr., | § | Case No. 23-10394-smr |
| | § | |
| Debtor | § | Chapter 7 |

## Application for Approval of Employment of Real Estate Agent

TO ALL PARTIES IN INTEREST:

**This pleading requests relief which may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely response is necessary for a hearing to be held.**

John Patrick Lowe, the duly qualified and acting Trustee in this case, respectfully shows the Court:

1.

Movant is the Trustee in this Chapter 7 case. The case was commenced on June 5, 2023 as a Chapter 11 case and was converted on September 13, 2024 to a Chapter 7 case and since that date the case has remained pending under that Chapter. This Application is filed by right of the provisions of 11 United States Code §§327 and 704, Federal Rule of Bankruptcy Procedure 2014 and Local Rule 2014.

**2.**

The Trustee moves for leave to employ Shivraj Grewal, 2500 Bee Caves Rd, Building 3 Suite 200, Westlake Hills, Texas 78746, phone (559)-352-7697 and email: shivraj.grewal@compass.com, as the real estate agent for the estate to assist the Trustee in the liquidation of two improved real property assets commonly known as 16500 Parkview and 1139 Stephanie Lee both in Austin, Texas. The Trustee proposed to pay a six percent (6%) commission to Shivraj Grewal out of the sales proceeds of the real property. Shivraj Grewal is a qualified, licensed real estate agent. To the best of the Trustee's knowledge, Shivraj Grewal has no connection with any parties in interest, including the Debtor or any creditor, or their attorneys or accountants, the United States Trustee, or any person employed in the office of the United States Trustee, and has no interest adverse to the bankruptcy estate that would disqualify him from employment. He appears to be a disinterested person within the meaning of 11 U.S.C. §101(14) and 327(a).

**3.**

The Trustee has not employed or sought authority from the Court to employ any professional in the same profession as Shivraj Grewal.

**4.**

The Trustee has not given any compensation or promised any compensation to Shivraj Grewal and has not given any security or pledge to said agent.

WHEREFORE, the Trustee prays that the employment of the above named real estate agent be approved by the Court.

DATED: September 27 2024.

Respectfully submitted,

_____
John Patrick Lowe, Trustee
State Bar No. 12623700
2402 East Main Street
Telephone: (830) 407-5115
Email: pat.lowe.law@gmail.com

### Certificate of Service

This is to certify that a true and correct copy of the above and foregoing Application for Approval of Employment of Real Estate Agent and proposed Order, have been mailed to all parties on the attached Service List, by the CH/ECF system; by First Class mail, postage prepaid; or by electronic mail within 2 days of the electronic filing of this Application on this the 27th day of September 2024.

_____
Patrick Lowe