*McCarthy & Holthus, LLP*
Cole Patton SBN 24037247
Yoshie Valadez SBN 24091142
Nancy Lee SBN 272035 (CA)
MHTbankruptcy@mccarthyholthus.com
*1255 West 15th Street Suite 1060 Plano, TX 75075*
*Phone: (214) 291-3800*
*Fax: (214) 291-3801*
*ATTORNEYS FOR WELLS FARGO BANK, N.A.*
*TX-23-24745*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** § | | **CASE NO. 23-10394-smr** |
| **Ricky McMinn, Jr.** § | | |
|     **DEBTOR** § | | **CHAPTER 7** |
| § | | |
| § | | |

**RESPONSE TO TRUSTEE'S MOTION TO SELL A HOME COMMONLY KNOWN AS 1139 STEPHANIE LEE LANE, AUSTIN, TRAVIS COUNTY, TEXAS TO KEVIN THOMAS MCVERRY RUANE AND IVONE Z. JIMENEZ TOVAR FREE AND CLEAR OF LIENS**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Wells Fargo Bank, N.A. ("Wells Fargo"), a secured creditor and party in interest, and hereby responds to the Trustee's Motion To Sell a Home Commonly Known as 1139 Stephanie Lee Lane, Austin, Travis County, Texas To Kevin Thomas McVerry Ruane And Ivone Z. Jimenez Tovar Free And Clear of Liens filed on 12/17/2024 (Doc. No. 158) (hereinafter "Trustee's Motion to Sell") and in support hereof respectfully states as follows:

> Wells Fargo does not oppose the Trustee's Motion to Sell the subject real property at 1139 Stephanie Lee Lane, Austin, TX 78753 conditioned upon the subject mortgage loan being paid in full and any short sale offer is subject to Wells Fargo's final approval. An updated payoff should be requested prior to the closing of escrow. Wells Fargo requests that the sale of the subject property be completed within 120 days after entry of the Order on the Trustee's Motion to Sell.

WHEREFORE, PREMISES CONSIDERED, Wells Fargo respectfully request that satisfactory steps are taken to ensure the subject loan is paid in full.

Respectfully Submitted,

MCCARTHY & HOLTHUS, LLP

*/s/ Yoshie Valadez*
Cole Patton SBN 24037247
Yoshie Valadez SBN 24091142
Nancy Lee SBN 272035 (CA)
MHTbankruptcy@mccarthyholthus.com
1255 West 15th Street Suite 1060
Plano, TX 75075
Phone: (214) 291-3800
Fax: (214) 291-3801
Atty File No.: TX-23-24745
ATTORNEYS FOR WELLS FARGO BANK, N.A.

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that a true and correct copy of the foregoing Response was served on all parties listed below by U.S. Mail first class postage prepaid or electronically through the Court's ECF System at the email address registered with the Court on 12/23/2024.

By U.S. Mail:

| | |
|---|---|
| Ricky McMinn, Jr<br>1139 Stephanie Lee Lane<br>Austin, TX 78753 | BSI Financial Svcs/Park Place Finance<br>314 S Franklin St 2nd FL<br>PO Box 517<br>Titusville, PA 16354-0517 |
| BB&T<br>P.O. Box 580048<br>Gloucester, NC 28528 | Internal Revenue Service<br>12309 N. Mopac MS<br>5005 AUS<br>Austin, TX 78758-2577 |
| Melanie Strong<br>12011 Buckner Rd<br>Austin, TX 78726 | Entra Default Solutions, LLC<br>1355 Willow Way<br>Suite 115<br>Concord, CA 94520-5727 |
| Patrick Quinn<br>P.O. Box 1228<br>Taylor, TX 76574-6228 | Image General Contracting, LLC<br>12011 Buckner Rd<br>Austin, TX 78726 |

| | |
|---|---|
| Shivraj Grewal<br>2500 Bee Caves Rd Bldg 3 #200<br>Westlake Hills, TX 78746 | John Mosley<br>3834 Spicewood Springs Road<br>Suite 202<br>Austin, TX 78759 |
| The Kapioltas Law Firm, PLLC<br>2150 S. Central Expy<br>Ste 200<br>McKinney, TX 75070-4000 | |

Electronically through the Court's ECF System:

| | |
|---|---|
| COUNSEL FOR DEBTOR(S)<br>Robert DeMarco<br>12770 Coit Road, Suite 850<br>Dallas, TX 75251 | Truist Bank<br>Attn: Peter B Dickens<br>Lawrence Law Firm<br>112 East 4th Street<br>Houston, TX 77007 |
| TRUSTEE<br>John Patrick Lowe<br>2402 East Main Street<br>Uvalde, TX 78801 | Attorney General of Texas-Child Support Division<br>Attn: Stratos L. Apostolou<br>Attorney General of Texas<br>P.O. Box 18418<br>Austin, TX 78760-8418 |
| U.S. TRUSTEE<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701 | EF MORTGAGE LLC BY SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES, LLC AS ATTORNEY IN FACT<br>Attn: Travis Hegar Gray<br>Jack O'Boyle & Associates<br>12300 Ford Road<br>Suite 212<br>Dallas, TX 75234 |
| Shane P. Tobin<br>903 San Jacinto Blvd.<br>Room 230<br>Austin, TX 78701 | EF MORTGAGE LLC BY SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES, LLC AS ATTORNEY IN FACT<br>Attn: Jack O'Boyle<br>Jack O'Boyle & Associates<br>PO Box 815369<br>Dallas, TX 75381 |
| Lawrence Loreto Drozd<br>Attn: Herbert C Shelton, II<br>Hayward PLLC<br>7600 Burnet Road, Suite 530<br>Austin, TX 78757 | Cisco Bakery Restaurant & Bar, LLC<br>Attn: Cleveland R Burke<br>Vela Wood Staley Young, PC<br>620 Congress Avenue<br>Suite 320<br>Austin, TX 78701 |

| | |
|---|---|
| Travis County<br>Attn: Jason A. Starks<br>Travis County<br>PO Box 1748<br>Austin, TX 78767 | |

McCarthy & Holthus, LLP

*/s/ Yoshie Valadez*
Yoshie Valadez
Atty file no.: TX-23-24745